Case 2:23-mj-00850 Document 1 Filed on 12/19/23 in TXSD Page 1 of 1

United States Courts
Southern District of Texas
FILED

DEC 19 2023

Nathan Ochsner, Clerk of Court

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Ricardo DE LEON-Lucio | Case Number: 2:23-mj-00850 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 18, 2023** in **Kenedy** County, in the **Southern District Of Texas** defendant(s)

Ricardo DE LEON-Lucio, a native and citizen of Mexico, and an alien who had been previously deported from the United States was found unlawfully within the United States in Sarita, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On December 18, 2023, Border Patrol Agents encountered Ricardo DE LEON-Lucio at the checkpoint near Sarita, Texas, as part of a failed alien smuggling attempt. Agents determined DE LEON-Lucio to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed DE LEON-Lucio was ordered removed from the United States by an Immigration Judge on October 11, 2006 and was physically removed from the United States to Mexico on November 17, 2006 via El Paso, Texas. DE LEON-Lucio stated he last entered the United States illegally on or about December 18, 2023 near Brownsville, Texas. There is no evidence to indicate Ricardo DE LEON-Lucio has applied for re-admission into the United States from any lawful authority.

I DECLARE UNDER PENALTY OF PERJURY THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Blanton, Joshua   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

**December 19, 2023** at **Corpus Christi, Texas**
Date                                                     City/State

Mitchel Neurock          U. S. Magistrate Judge
Name of Judge            Title of Judge

Signature of Judge