UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CASE NO. C-23-00850M |
| | § | |
| RICARDO DE LEON-LUCIO | § | |

## MOTION TO DISMISS COMPLAINT

COMES NOW, the United States of America by and through Alamdar S. Hamdani, United States Attorney, and John Lamont, Assistant United States Attorney, in and for the Southern District of Texas, and moves this Honorable Court to **DISMISS** the Complaint in the above referenced case as to Defendant, RICARDO DE LEON-LUCIO, in the interest of justice.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: _____
JOHN LAMONT
Assistant United States Attorney
SDTX ID: 3028487
USAO for the Southern District of Texas
One Shoreline Plaza
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
Tel: (361) 888-3111
Fax: (361) 888-3200
Email: John.Lamont@usdoj.gov