UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 2:23-mj-00850 |
| | § | |
| RICARDO DE LEON-LUCIO | § | |

## ORDER GRANTING GOVERNMENT'S
## MOTION TO DISMISS COMPLAINT, WITHOUT PREJUDICE

The United States has moved to dismiss the criminal complaint against Defendant Ricardo De Leon-Lucio, without prejudice, in the interest of justice. (Doc. No. 5.)

The Court GRANTS the motion. The complaint against Defendant **Ricardo De Leon-Lucio** is DISMISSED without prejudice. The Clerk of Court is ORDERED to deliver a copy of this order to the United States Marshal.

ORDERED on January 4, 2024.

_____
MITCHEL NEUROCK
United States Magistrate Judge